[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10062
Non-Argument Calendar
_____

D.C. Docket No. 8:04-cr-00035-JSM-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIAN A. BUTLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 3, 2013)

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Julian Butler in this appeal from the district court's *sua sponte* reduction in Butler's sentence pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's *sua sponte* sentence reduction is **AFFIRMED**.